UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB -1 AM 9:43 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Manuel SALAZAR-Felix,** Defendant | Magistrate Docket No. '08 MJ 0292 |
| | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **January 30, 2008** within the Southern District of California, defendant, **Manuel SALAZAR-Felix,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **FEBRUARY, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Manuel SALAZAR-Felix**

## PROBABLE CAUSE STATEMENT

On January 30, at approximately 11:00 p.m. Border Patrol Agent E. Pepe was operating a thermal scope at an area known as "Gyp Mine" near Boulevard, California. Agent Pepe observed what appeared to be nine individuals walking north on a trail coming from the International Boundary that separates the United States and Mexico. This area is approximately twenty miles east of the Tecate, California Port of Entry and approximately three miles north of the border.

Agent Pepe departed his scope truck position on foot and headed towards the location where he had last seen the nine individuals. Agent Pepe arrived at the location and immediately began to follow several foot prints. Agent Pepe followed the footprints for approximately five hundred yards when he encountered nine individuals attempting to conceal themselves in a boulder pile. Agent Pepe further observed one of the nine individuals, later identified as the defendant, **Manuel SALAZAR-Felix**, was sitting away from the rest of the group. Agent Pepe identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship. All nine individuals, including the defendant, **SALAZAR** stated that they were citizens and nationals Mexico. When asked if they had any immigration documents allowing them to enter or remain in the United States, all nine individuals including the defendant stated "No." At approximately 11:55 p.m. all nine individuals, including the defendant, were arrested and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed an extensive immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 27, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated that he had not applied for permission to re-enter the United States following his deportation.