AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MANUEL SALAZAR-FELIX

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0561-WQH

I, MANUEL SALAZAR-FELIX, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-28-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Manuel Salazar F

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER

FILED

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY